NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLOS TECHNOLOGY LTD.,**
*Plaintiff-Appellee*

**v.**

**META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICA, INC., ESSILORLUXOTTICA USA, INC.,**
*Defendants*

**DAITONA CARTER,**
*Movant-Appellant*

---

2026-1721

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:26-cv-10304-ADB, Judge Allison Dale Burroughs.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Daitona Carter's motion for leave to proceed *in forma pauperis*,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT



April 29, 2026
Date

Jarrett B. Perlow
Clerk of Court